## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Travis Scott Young
In Proper Person
1605 Magnolia Drive
Alexandria LA 71301

**REHEARING ACTION: November 14, 2012**

**Docket Number: 12   00242-CA**

**STATE OF LA., DEPARTMENT OF  SOCIAL SERVICES**
**VERSUS**
**TRAVIS SCOTT YOUNG**

**Appealed from Rapides Parish Case No. 10,749**

**BEFORE JUDGES:**

> **Hon. Oswald A. Decuir**
> **Hon. Jimmie C. Peters**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Travis Scott Young** has this day been

> **DENIED.**

cc: Robert George Levy, Counsel for the Appellee